# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE WHITE, | CV F  05 -0157 OWW LJO P |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR SUMMARY JUDGMENT (Doc. 10.) |
| v. | |
| WOODFORD, et. al., | |
| Defendants. / | |

David Lee White ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on February 4, 2005.

On March 29, 2005, Plaintiff moved for Summary Judgment. Plaintiff contends that he is entitled to relief because the Defendants have not defended the action. Plaintiff was informed in the Informational Order served on him by the Court that the Court must initially screen the case to determine whether it states a cognizable claim for relief. After screening, if the Court finds that there are cognizable claims for relief, the Court will Order Plaintiff to complete information so that the U.S. Marshal can serve Defendants with Plaintiff's complaint. Only then will the Defendants make an appearance and file an Answer. Here, however, as no screening has yet taken place, there has been no service of the complaint on the Defendants and Defendants have not yet appeared in the action. Thus, any Motion for Summary Judgment is premature.

The Court recognizes that Plaintiff wishes this action to proceed speedily. However, the

1 Court has hundreds of similar cases pending that also require the Court's time and attention.  As
2 such, the Court proceeds with the cases in the order that they are filed.  Plaintiff can rest assured
3 that the Court has not forgotten about his case nor is it lost.  The Court will proceed with the
4 screening in due course.  Plaintiff is advised to keep the Court apprised of his current address so
5 as to receive all orders or pleadings filed in the case.

6      Accordingly, the Court RECOMMENDS that the Motion for Summary Judgment be
7 DENIED without prejudice as premature.

8      The Court HEREBY ORDERS that these Findings and Recommendations be submitted
9 to the United States District Court Judge assigned to this action pursuant to the provisions of 28
10 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States
11 District Court, Eastern District of California.  Within TWENTY (20) days after being served
12 with a copy of these Findings and Recommendations, any party may file written Objections with
13 the Court and serve a copy on all parties.  Such a document should be captioned "Objections to
14 Magistrate Judge's Findings and Recommendations."  Replies to the Objections shall be served
15 and filed within TEN (10) court days (plus three days if served by mail) after service of the
16 Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.
17 § 636 (b)(1)(C).  The parties are advised that failure to file Objections within the specified time
18 may waive the right to appeal the Order of the District Court.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
19 (9th Cir. 1991).
20 IT IS SO ORDERED.
21 **Dated:      March 29, 2006**             **/s/ Lawrence J. O'Neill**
    b9ed48                    UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28